AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**REYNALDO A. VALENZUELA** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Criminal Number: **2:13CR00124-001**<br>Defendant's Attorney: Linda Harter, Assistant Federal Defender |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charge   _1_   as alleged in the violation petition filed on   _1/30/2014_  .

[ ]   was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | New Law Violation | 1/11/2014 |

The court:   [✔] revokes:   [ ] modifies:   [ ] the term of probation heretofore ordered on   _9/26/2013_  .

The defendant is sentenced as provided in pages 2 through  _3_  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remail in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**1/29/2015**
Date of Imposition of Sentence

/s/ Carolyn K. Delaney
Signature of Judicial Officer

**Carolyn K. Delaney**, United States Magistrate Judge
Name & Title of Judicial Officer

2/4/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT:**REYNALDO A. VALENZUELA**
CASE NUMBER:**2:13CR00124-001**

## COURT PROBATION

Probation is reinstated under a term of court probation and the defendant is hereby sentenced to court probation for a term of:
<u>1 year</u>.


[  ]

[  ]

[  ]

[  ]

[  ]

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Probation

DEFENDANT:**REYNALDO A. VALENZUELA**
CASE NUMBER:**2:13CR00124-001**

## SPECIAL CONDITIONS OF PROBATION

1.  Pursuant to 18 U.S.C. § 3563(b)(10) the defendant shall serve a total of <u>120 days</u> in the custody of the Bureau of Prisons.

2.  The defendant shall complete DUI classes required under previous terms of supervision.

3.  The defendant shall notify the United States Attorney's Office ten days prior to any change in residence.

4.  The defendant shall notify the United States Attorney's Office of the address of his current employer at all times.

5.  The defendant shall notify the United States Attorney's Office within seventy-two hours of any change in employment.