HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.harter@fd.org916-498-5700/Fax 916-498-5710

Attorney for Defendant
REYNALDO VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-cr-0124-CKD |
| Plaintiff, | STIPULATION FOR AMENDED JUDGMENT AND [PROPOSED] ORDER |
| v. | |
| REYNALDO VALENZUELA, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

On January 29, 2015 Mr. Valenzuela was sentenced to a term of probation.  One of the conditions of probation was that he serve a 120 day sentence.  It was the Court's intention at the time of sentence that this sentence would include the 22 days he had already spent in federal custody.   The Bureau of Prisons ("BOP") did not credit those 22 days because the sentence was as a condition of probation rather than a straight commitment to BOP.  For this reason, after consultation between the parties, the Court and BOP, the parties are requesting that an Amended Judgment be entered changing the number of days to 98.  The amended judgment should also

/ / /

/ / /

/ / /

/ / /

1    note that this number should be calculated from the original sentencing date of January 29, 2015.

2         The parties are not requesting a hearing.

3    Dated:  April 8, 2015

4                                              HEATHER E. WILLIAMS
                                               Federal Defender
5

6                                              /s/ Linda C. Harter
                                               LINDA C. HARTER
7                                              Assistant Federal Defender
                                               Attorney for Defendant
8                                              REYNALDO VALENZUELA

9

10   Dated:  April 8, 2015                     BENJAMIN B.WAGNER
                                               United States Attorney
11

12

13                                             /s/ Justin Lee
                                               JUSTIN LEE
14                                             Assistant United States Attorney

15

16                                             ORDER

17        IT IS SO ORDERED that the Amended Judgment be entered changing the number of

18   days to 98 and be calculated from the original sentencing date of January 29, 2015.

19   Dated:  April 10, 2015

20                                             CAROLYN K. DELANEY
                                               UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28